ROYAL LIVE FISH CO. v. CENTRAL FISH CO. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by the Royal Live Fish Company against the Central Fish Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 132 N. Y. Supp. 1096.